IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
US DISTRICT COURT
DISTRICT OF NEBRASKA

JUN 14 2022

OFFICE OF THE CLERK

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | SEALED |
| vs. | 4:22CR 3072 |
| RICHARD KNOTT, JR, | INDICTMENT<br>18 U.S.C. § 2252(a)(2)<br>18 U.S.C. § 2252(a)(4)(B) |
| Defendant. | |

The Grand Jury charges that

## COUNT I

On or about August 14, 2019 in the District of Nebraska, the defendant, RICHARD KNOTT, JR, having previously been convicted of an offense under the laws of the State of Nebraska relating to the possession of child pornography to wit; a conviction on April 20, 2012, for 10 counts of Possession of Child Pornography in Case #CR12-52 in the Scotts Bluff County District Court, Nebraska, did knowingly receive any child pornography as defined in Title 18, United States Code, Section 2256(8), using any means or facility of interstate commerce and that has been shipped or transported in or affecting interstate or foreign commerce, by any means, including by computer, and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct and the visual depiction was of such conduct.

In violation of Title 18, United States Code, Section 2252(a)(2).

## COUNT II

On or about June 9, 2021, in the District of Nebraska and elsewhere, RICHARD KNOTT, JR, having previously been convicted of an offense under the laws of the State of Nebraska relating to

1

the possession of child pornography to wit; a conviction on April 20, 2012, for 10 counts of Possession of Child Pornography in Case #CR12-52 in the Scotts Bluff County District Court, Nebraska, did knowingly possess one or more computer files and other matter which contained an image of child pornography, the production of such visual depictions involved the use of a minor engaging in sexually explicit conduct and such visual depictions were of such conduct, said computer files and other matter had been shipped or transported in interstate commerce, and was produced using materials which had been mailed, shipped, or transported in interstate and foreign commerce, by any means including by computer including images of child pornography, involving prepubescent minors or minors who had not attained 12 years of age.

In violation of Title 18, United States Code, Section 2252A(a)(4)(B).

A TRUE BILL.

_____
FOREPERSON

The United States of America requests that trial of this case be held in Lincoln, Nebraska, pursuant to the rules of this Court.

_____
TESSIE L. SMITH
Assistant United States Attorney